Case No: _____ Inmate Name: Edwin Bourquin

Date: August 27, 2019   Inmate IDOC#: 45867

Document Title: Prisoner Complaint

Total Pages: 11   Inmate Initials Verifying Page Count: SMK

Document(s) 1 of 3

EDWIN BOURQUIN   IDOC No. 45867
(full name/prisoner number)
Idaho State Correctional Center, Unit B5-21A
PO Box 70010
Boise, Idaho 83707
(complete mailing address)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

EDWIN BOURQUIN,
(full name)

Plaintiff,

v.

CORIZON MEDICAL CORPORATION, CORP CIVIC, BRENT D. REINKE, KEVIN KEMPF, HENRY B. ATENCIO, JOHN DOES 1-4, GRANT ROBERTS, and the STATE OF IDAHO

Defendant(s).

(if you need additional space, use a blank page for a continuation page)

Case No.
(to be assigned by Court)

PRISONER COMPLAINT

Jury Trial Requested: ✓ Yes ___ No

A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
(check all that apply):

- ✓ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
- ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
- ___ Other federal statute (specify) _____; or diversity of citizenship.
- ✓ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

PRISONER CIVIL RIGHTS COMPLAINT - page ___   Revised 11/12/09

**B. PLAINTIFF**

My name is Edwin Bourquin. I am a citizen of the State of Idaho, presently residing at Idaho State Correctional Center.

**C. DEFENDANT(S) AND CAUSE(S) OF ACTION** See Attachment "A" PARTIES
( C. DEFENDANTS CONT'D )
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Corizon Medical Corporation , who was acting as the contract medical provider
   (defendant)                                        (job title, if a person; function, if an entity)

   for the Idaho Department of Corrections
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on or about the fall of 2012 to present, Defendant did
                                                                *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   See Attachment "A" "INJURY IN COLORADO" and "RETURN TO IDAHO"

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   The Eighth Amendment of the United States Constitution; the Fourteenth Amendment of the United States Constitution.

4. I allege that I suffered the following injury or damages as a result:
   Mr. Bourquin is legally blind and his vision will not improve, nor will he recover any eye sight lost as the result of the failure to timely treat his injuries.

5. I seek the following relief: <u>An injunction requiring case specific treatment from an advanced eye specialist outside of IDOC contract providers or Corizon medical staff. Compensatory damages of $300,000 for damages to the partially repaired eye. $500,000 for damages to the untreated eye. Punitive damages in the amount of $500,000 and $250,000 for both mental anguish and emotional distress.</u>

6. I am suing Defendant in his/her ___ personal capacity *(money damages from Defendant personally)*, and/or ___ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ✓ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ✓ Yes ___ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _____

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. §_1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| None | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ✓ do not ___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: <u>I am legally blind and required a great amount of assistance just to put this complaint together. It is a virtual impossibility that I will be able to read and/or understand, much less participate, any further orders, advisements or other relevant portions of this proceeding.</u>

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on
August 29, 2019 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on August 29, 2019 *(date)*; OR *(specify other method)* electronically filed on August 27, 2019

Executed at  Idaho State Correctional Center   on  August 27, 2019 .
             *(Location)*                              *(Date)*

_____Edwin M Bousquin_____
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.